**GAY GAINER and H. A. GAINER, her husband, v. TOWN OF ALTA-MONTE SPRINGS, a Florida Municipal Corporation.**

22 So. (2nd) 790                                         June Term, 1945
July 10, 1945                                                 Division B
Rehearing denied.

*G. P. Garrett,* for appellants.

*Garland W. Spencer,* for appellee.

PER CURIAM:

After an inspection and examination of the whole record, we fail to find that the judgment appealed from has resulted in a miscarriage of justice. See Sec. 54.23 Florida Statutes 1941.

The judgment is therefore affirmed.

It is so ordered.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.